# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JOHNSON,<br><br>            Petitioner,<br>   v.<br><br>LOZANO, Warden,<br><br>            Respondent. | Case No. 2:19-cv-08411-JVS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file and the Report and Recommendation of United States Magistrate Judge ("R&R"). Further, the Court has engaged in a *de novo* review of those portions of the R&R to which objections have been made. Petitioner's objections are overruled. Other than the following argument, Petitioner's objections do not warrant discussion as they are appropriately addressed in the R&R.

      As Petitioner points out, the R&R incorrectly states that Petitioner failed to oppose Respondent's motion to dismiss. In fact, Petitioner's opposition was filed on January 10, 2020 (ECF No. 15) and was reviewed by the Magistrate Judge before the R&R was finalized on January 17, 2020. (*See* ECF No. 14 (1/10/2020 Notice of Discrepancies signed by the Magistrate Judge and ordering document to be filed as

Petitioner's opposition to motion to dismiss).) In any event, the Court has considered Petitioner's opposition, as well as his objections to the R&R. Neither addresses the fundamental deficiency of the petition – that is, Petitioner's claims are not properly raised in a habeas corpus petition. Accordingly, nothing in Petitioner's opposition to the motion to dismiss or in his objections to the R&R undermine the conclusion of the Magistrate Judge that the petition should be dismissed for lack of jurisdiction.

IT THEREFORE IS ORDERED that, (1) other than the statement indicating that Petitioner failed to file an opposition to the motion to dismiss, the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Respondent's motion to dismiss is granted; and (3) Judgment shall be entered denying the Petition and dismissing the action without prejudice for lack of jurisdiction.

DATED: February 26, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE