# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMMETT JOHNSON,

                     Petitioner,

     v.

LOZANO, Warden,

                   Respondent.

Case No. 2:19-cv-08411 JVS (AFM)

**JUDGMENT**

      This matter came before the Court on the Petition of EMMETT JOHNSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 26, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE